# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1236

_____

Onesmus Bogonko Daniel

*Petitioner*

v.

William P. Barr, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: November 4, 2019
Filed: November 5, 2019
[Unpublished]

_____

Before GRUENDER, BENTON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Kenyan citizen Onesmus Daniel petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decisions of an immigration judge, which granted the Department of Homeland Security's motion to reconsider a decision to terminate removal proceedings, and denied him cancellation of

removal.[1] Having jurisdiction under 8 U.S.C. § 1252, and after careful consideration of the petition, this court finds no basis for reversal.

The petition is denied. *See* 8th Cir. R. 47B.

———————————————————

[1]The agency's remaining findings — including the denial of asylum, withholding of removal, relief under the Convention Against Torture, and voluntary departure—are not before this panel. *See Chay-Velasquez v. Ashcroft*, 367 F.3d 751, 756 (8th Cir. 2004) (claim not raised in opening brief is waived).